IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Kristina Cunahan, on behalf of the Heirs-at law of Dominic Cunahan, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Jarig Op De Hoek, Mark Jenson Enterprises, and J&H Harvesting, LLC, | ) ) ) ) | Case No. 1:22-cv-215 |
| Defendants. | ) ) | |

On September 8, 2023, the parties filed a "Stipulation to Amend Scheduling/Discovery Plan Deadlines." (Doc. No. 18). The court **ADOPTS** the stipulation (Doc. No. 18) and **AMENDS** the pretrial deadlines as follows:

1. All fact discovery will be completed by the following deadline, with all discovery pursuant to Rules 33, 34, and 36 to be served a minimum of thirty days (30) days prior to the deadline: 1/31/2024.

2. The deadlines for exchanging complete expert witness reports are as follows:

    a. 1/31/2024 for Plaintiff;

    b. 2/29/2024 for Defendants; and

    c. 3/22/2024 for any rebuttal experts.

3. The deadline to complete discovery depositions of expert witnesses is 4/30/2024.

4. The deadlines for filing motions are as follows:

    a. 11/1/2023 - motions to join additional parties;

    b. 11/1/2023 - motions to amend pleadings;

  c. 12/8/2023 - nondispositive motions relating to fact discovery (e.g. consolidation, bifurcation);

  d. 4/30/2024 - nondispositive motions relating to expert discovery; and

  e. 5/31/2024 -  dispositive motions (e.g. summary judgment).

To ensure that there is sufficient to time consider any dispositive motions once their fully brief, the court on its own motion shall continue the final pretrial conference and trial.  Accordingly, the final pretrial conference set for August 5, 2024, shall be rescheduled for October 9, 2024, at 9:00 AM by telephone.  To appear for the conference, the parties should call (877) 810-9415 and enter access code 8992581.  The jury trial scheduled for August 19, 2024, shall be rescheduled for October 21, 2024, at 9:30 AM in Bismarck before Judge Traynor (5 days).

 **IT IS SO ORDERED.**

 Dated this 11th day of September, 2023.

            */s/ Clare R. Hochhalter*
            Clare R. Hochhalter, Magistrate Judge
            United States District Court